# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Keiyonce Monique Hall,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 24-00697-PA-5<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _Thursday, December 5_, _2024_, at _11:30_ ☒a.m. / ☐p.m. before the Honorable _Steve Kim_, in Courtroom _640_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _December 4, 2024_

_____
Steve Kim, Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                                   Page 1 of 1